PHILLIP A. TALBERT
Acting United States Attorney
LAURA D. WITHERS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF | CASE NO.  1:17-SW-00371-SAB |
| Mail addressed to, held for delivery to, or delivered to PO Box 107, located at The UPS Store, 700 Van Ness Avenue Suite 120, Fresno, CA 93721-2912 | MOTION TO UNSEAL SEARCH WARRANT AND [PROPOSED] ORDER |

        The United States of America, by and through its undersigned counsel, hereby moves to unseal the above-captioned search warrant.  The targets of the investigation were indicted in the District of Nevada, and defense counsel has requested that these warrants be unsealed to permit public motions practice.  The government has concluded that any danger of unsealing the warrants is outweighed by the defendants' right to fully litigate their pretrial motions and hereby moves to unseal in accordance with the defendants' request.


 Dated:  November 18, 2021                                    PHILLIP A. TALBERT
                                                             Acting United States Attorney

                                                    By:   /s/ LAURA D. WITHERS
                                                          LAURA D. WITHERS
                                                          Assistant United States Attorney

1

# **ORDER**

IT IS HEREBY ORDERED that, for the reasons set forth above, and good cause having been shown, the search warrant in this matter be UNSEALED.

Dated:  November __18__, 2021

___/s/Sheila K. Oberto___
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE